## ORDER

PER CURIAM:

Order affirmed.

Mr. Justice MONTEMURO is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800, due to the unavailability of Mr. Justice LARSEN, see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.

640 A.2d 413

**PENNSYLVANIA INSTITUTIONAL HEALTH SERVICES, INC.; Carl A. Hoffman; John Lesniewski; Edward Russek; Paul F. Phillips; Robert Davis; and Dana Powell**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF CORRECTIONS; Lawrence J. Reid, Executive Deputy Commissioner, Department of Corrections; Michael H. Hershock, Secretary of the Budget; and David L. Jannetta, Secretary of General Services, Appellants.**

Supreme Court of Pennsylvania.

Submitted April 6, 1994.

Decided April 22, 1994.

Joseph R. Thomas, Philadelphia, for Gen. Counsel.

Ernest R. Closser, III, Harrisburg, for Dept. of Budget.

Cheryl G. Young, Harrisburg, for Dept. of Corrections.

Joshua D. Lock, Lee C. Swartz, Harrisburg, for PIHS and Phillips.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

## ORDER

PER CURIAM:

Order affirmed.

Mr. Justice MONTEMURO is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800, due to the unavailability of Mr. Justice LARSEN, see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.

640 A.2d 414

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Brian HOFFMAN, Appellant.**

Supreme Court of Pennsylvania.

Argued March 8, 1993.

Decided April 25, 1994.

Reargument Denied July 12, 1994.

Lester G. Nauhaus, Public Defender, Shelley Stark, Chief–Appellate Div., for appellant.

Robert E. Colville, Dist. Atty., Claire C. Capristo, Deputy Dist. Atty., Kemal A. Mericli and Michael W. Streily, Asst. Dist. Attys., for appellee.

George S. Leone, Asst. Dist. Atty., Catherine Marshall, Chief, Appeals Unit Amicus in Support of Appellant.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.